# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL BELCHER,

    Plaintiff,

v.

COMMERCIAL EXCHANGE, INC.,

    Defendant.

Case No: 22-cv-10704

Hon. Mark A. Goldsmith

| | |
|---|---|
| Noah S. Hurwitz (P74063)<br>Grant M. Vlahopoulos (P85633)<br>HURWITZ LAW PLLC<br>*Attorneys for Plaintiff*<br>617 Detroit St., Ste. 125<br>Ann Arbor, MI 48104<br>(844) 487-9789<br>Noah@hurwitzlaw.com<br>Grant@hurwitzlaw.com | Philip M. Moilanen (P17874)<br>Philip M. Moilanen P.C.<br>*Attorneys for Defendant*<br>145 S. Jackson St., PO 787<br>Jackson, MI 49204-0787<br>(517) 787-4100<br>moilanen@dcmi.net |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon stipulation of the Parties and the Court having been otherwise fully advised in the premises;

IT IS HEREBY ORDERED, that the above-captioned action is DISMISSED WITH PREJUDICE and without interest, costs or attorneys' fees to any Party.

This order disposes of all claims and closes the case.

IT IS SO ORDERED.

Dated: June 3, 2022
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

Stipulated to by:

/s/Noah S. Hurwitz                         /s/ Philip M. Moilanen
Noah S. Hurwitz                            Philip M. Moilanen
Hurwitz Law PLLC                           Philip M. Moilanen P.C.
Attorney for Plaintiff                     Attorney for Defendant

Dated:  May 31, 2022